UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **LIBERTY INSURANCE CORPORATION; AND THE FIRST LIBERTY INSURANCE CORPORATION BOSTON, MA,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**JONATHAN FERNANDEZ; ELIZABETH WILSON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF COLE HARRELL; LOURELL HARRELL; AND LINDSEY LORFING, AS NEXT FRIEND OF XXXXXX XXXXXXX HARRELL, A MINOR**<br><br>*Defendants*. | § § § § § § § § § § § § § § § § § § § §<br><br><br><br><br><br><br>CIVIL ACTION NO. _____ |

## ORIGINAL COMPLAINT FOR DECLARATORY JUDGMENT

Liberty Insurance Corporation; and The First Liberty Insurance Corporation Boston, MA (collectively "Liberty") name as defendants Jonathan Fernandez ("Fernandez"); Elizabeth Wilson, Individually and as Representative of the Estate of Cole Harrell; Lourell Harrell; and Lindsey Lorfing, as Next Friend of XXXXXX XXXXXXXX Harrell, a minor (collectively "Harrell parties"); and submit this Complaint for Declaratory Judgment pursuant to the Declaratory Judgments Act, 28 U.S.C. § 2201 and Federal Rule of Civil Procedure 57 and show:

### PARTIES

1.  Liberty Insurance Corporation is a corporation organized and existing under the laws of the State of Illinois with its principal place of business in Boston, Massachusetts.

2.  The First Liberty Insurance Corporation Boston, MA is a corporation organized and existing under the laws of the State of Illinois with its principal place of business in Boston,

Massachusetts.

3. Jonathan Fernandez is a defendant in the underlying lawsuit and is a citizen of the state of Texas or Louisiana. He may be served at his place of residence: 110 Fullerton Ln., Lafayette, LA 70508, or wherever he may be found.

4. Elizabeth Wilson, Individually and as Representative of the Estate of Cole Harrell, is a plaintiff in the underlying lawsuit and is a citizen of the state of Texas. She may be served at her place of residence: 4041 County Road 2058, Hull, TX 77564, or 11100 Fm 1960, Huffman, TX 77336, or wherever she may be found.

5. Lourell Harrell is a plaintiff in the underlying lawsuit and is a citizen of the state of Texas. He may be served at his place of residence: 7915 Tilbury Woods Lane, Cypress, TX 77433, or wherever he may be found.

6. Lindsey Lorfing, as Next Friend of XXXXXX XXXXXXXX Harrell, a minor, is a plaintiff in the underlying lawsuit and is a citizen of the state of Texas. She may be served at her place of residence: 229 East Old Field Drive, Huffman, TX 77336, or wherever she may be found.

## JURISDICTION AND VENUE

7. The court has jurisdiction pursuant to 28 U.S.C. 1332(a)(1) because this action is between citizens of different states and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

8. Venue is proper in the Southern District of Texas pursuant to 28 U.S.C. 1391(b)(1)-(2), in that it is the judicial district in which defendants reside, all defendants are Texas citizens, and a substantial part of the events or omissions giving rise to the claims occurred in this district.

**FACTUAL BACKGROUND**

9.  This declaratory judgment action arises from an incident that resulted in the death of an individual named Cole Harrell which allegedly occurred on December 17, 2017 at the following address: 14918 Waterside View Ct., Houston, Texas 77044. This address is owned by Carla K. Hoffman and Peter Hoffman. The incident is the subject of an underlying lawsuit styled: Cause No.: 2018-57566; *Elizabeth Wilson, Individually and as Representative of the Estate of Cole Harrell, et al. v. Alexis Quezada, et al.;* 234th District Court, Harris County, Texas ("the underlying lawsuit").

10. The underlying lawsuit First Amended Petition[1] alleges that on December 17, 2017, an individual named Cole Harrell attended a party "at the residence of Amy Sovinsky and Jonathan Fernandez."[2] It is alleged that an attendee named Alexis Quezada was intoxicated, became sick, and that Fernandez later committed an assault on her.[3] Quezada allegedly called her boyfriend Isiah Kain Salas-Martinez to inform him of the incident, and Salas-Martinez arrived at the party bearing firearms.[4] The petition alleges that after Salas-Martinez gained access to the premises: "[h]aving heard his then-girlfriend tell him Jonathan Fernandez had sexually assaulted her, and having further discussed the sexual encounter with Amy Sovinsky, who was Jonathan Fernandez [sic] husband [sic]or fiancée, Salas-Martinez entered the front door carrying a shotgun and a semi-automatic pistol…."[5] It is alleged that a scuffle ensued between Fernandez and Salas-Martinez and "Salas-Martinez fell down or tripped over a chair and negligently discharged the pistol…." This action resulted in the death of Cole Harrell.[6] Plaintiffs in the underlying lawsuit,

---

[1] *Exhibit A*: First Amended Petition in the underlying lawsuit.
[2] Ex. A; § IV, p. 3.
[3] *Id.*
[4] *Id.*; § IV, p. 4.
[5] *Id.*; § IV, p. 5.
[6] *Id.*

who are Cole Harrell's heirs and/or estate, seek damages in "a sum of money substantially in excess of $1,000,000.00 (one-million dollars)."[7]

11. In her sworn deposition taken in the underlying lawsuit on June 14, 2019, Amy Sovinsky[8], a co-defendant in the underlying lawsuit, testified as follows:

| | |
|---|---|
| *Q:* | *To your knowledge, has anybody assumed that you and Jonathan Fernandez were married?* |
| *Sovinsky:* | *No, sir.* |
| *Q:* | *Has anyone in your presence or to your knowledge called Jonathan Fernandez your husband?* |
| *Sovinsky:* | *A. No, sir.* |
| *Q:* | *Has anyone, to your knowledge, called you Jonathan Fernandez's wife?* |
| *Sovinsky:* | *No, sir.* |
| *Q:* | *So to your knowledge, nobody has ever assumed you and Jonathan Fernandez were married?* |
| *Sovinsky:* | *Correct.* |
| *Q:* | *Have you and Jonathan Fernandez ever made any representations that you were married for any reason whatsoever?* |
| *Sovinsky:* | *No, sir.* |
| *Q:* | *Are you engaged?* |
| *Sovinsky:* | *No, sir.* |
| *Q:* | *You are not engaged to be married?* |
| *Sovinsky:* | *No, sir.* |
| *Q:* | *Is he currently your fiance?* |
| *Sovinsky:* | *No, sir.* |

---

[7] Id.; § VII, p. 12.
[8] It is undisputed that Amy Sovinsky is the daughter of Carla K. Hoffman.

*Q:*           *Does he still live at your residence?*

*Sovinsky:*     *Yes, sir.*[9]

12.     Liberty is currently providing a courtesy defense to Fernandez in the underlying lawsuit subject to full reservation of rights. Because Fernandez does not qualify as an insured under the Liberty policies, Liberty seeks a declaration from this Court that it owes no duty to defend and no duty to indemnify Fernandez in the underlying lawsuit.

## POLICY AND REQUEST FOR DECLARATORY RELIEF

13.     Liberty Insurance Corporation issued Homeowners' policy number H37-298-650795-40 7 4, effective 3/28/2017 to 3/28/2018, personal liability each occurrence: $100,000, to named insureds "Carla K Hoffman; Peter Hoffman."[10] The insured location is 14918 Waterside View Court, Houston, TX 77044-2807.[11] The insuring agreement provides "[i]f a claim is made or a suit is brought against an 'insured' for damages because of 'bodily injury' or 'property damage' caused by an 'occurrence' to which this coverage applies, we will: … 2. Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent…."[12] The homeowners policy provides: "'Insured' means: a. You and residents of your household who are: (1) Your relatives…." The policy further provides that "'you' and 'your' refer to the 'named insured' shown in the Declarations…."[13]

14.     The First Liberty Insurance Corporation Boston, MA issued Umbrella policy number LJ6-298-006864-40, effective 8/8/2017 to 8/8/2018, to named insureds "Carla K

---

[9] *Exhibit B:* Deposition of Amy Sovinsky; 21:18 through 22:16.
[10] *Exhibit C*: Liberty Homeowners' policy no H37-298-650795-40 7 4.
[11] *Id.*; Declarations.
[12] *Id.*; Insuring Agreement.
[13] *Id.*; Definitions.

Hoffman; Peter Hoffman."[14] This policy extends insured status to "residents of your household, but only if (1) related to you by blood or adoption; (2) related to you by marriage, civil union or registered domestic partnership…."[15] The Umbrella policy provides that "'you' and 'your' refer to the 'named insured' shown in the Declarations…."[16]

15.     Fernandez is not a named insured under either of the Liberty policies.[17] The only way Fernandez could qualify as an insured would be if he were a resident of the Hoffman's household and a relative of either (or both) of the Hoffmans, the named insureds, at the time of the incident. Amy Sovinsky testified under oath in her deposition that she was not married (or even engaged) to Fernandez at the time of the incident.[18] Because Fernandez was not married to Ms. Hoffman's daughter, Ms. Sovinsky, at the time of the incident, he did not qualify as a "relative" of the Hoffmans. Because Fernandez was not a "relative" of either of the Hoffmans, he is not insured under either of the Liberty policies.

16.     Because Fernandez is not an insured to whom Liberty owes any duties under either of the policies at issue, Liberty seeks a declaration that it owes no duty to defend and no duty to indemnify Fernandez for the claims brought against him by the Harrell parties in the underlying lawsuit and that there is no coverage under the Liberty policies pursuant to the provisions cited herein.

## CONCLUSION

Liberty respectfully requests a judgment from this Court that: (1) Fernandez does not qualify as an insured under either of the Liberty policies; (2) Liberty does not owe a duty to defend

---

[14] ***Exhibit D***: Liberty Umbrella policy LJ6-298-006864-40.
[15] *Id.*; Definitions.
[16] *Id.*
[17] Exs. C (Liberty Homeowners' policy) and D (Liberty Umbrella policy); Declarations pages.
[18] Ex. B: Deposition of Amy Sovinsky; 21:18 through 22:16

Fernandez in the underlying lawsuit; (3) Liberty does not owe a duty to indemnify Fernandez for any claims or causes of action asserted by the Harrell parties against Fernandez in the underlying lawsuit, and such other relief to which it may be entitled in law or in equity.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   */s/George B. Hall, Jr.*
George B. Hall, Jr.
Texas Bar No. 00785371
S.D. Tex. No. 18790
Attorney-In-Charge
One Allen Center
500 Dallas Street, Suite 1300
Houston, Texas 77002
Ph: 713-877-5525
Fax: 713-626-1388
bart.hall@phelps.com


Chris Gabriel
Texas Bar No. 24074237
S.D. Tex. No. 1654572
115 Grand Avenue, Ste. 222
Southlake, Texas 76092
Ph: 817-488-3134
Fax: 817-488-3214
chris.gabriel@phelps.com

**ATTORNEYS FOR PLAINTIFFS LIBERTY INSURANCE CORPORATION AND THE FIRST LIBERTY INSURANCE CORPORATION BOSTON, MA**